IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAWN-RYAN WHITE,
    Plaintiff,

v.

UPPER DARBY TOWNSHIP, *et al.*,
    Defendants.

CIVIL ACTION NO. 25-CV-6665

### ORDER

AND NOW, this 28th day of January 2026, upon consideration of Plaintiff Shawn-Ryan White's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. White's Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, for the reasons stated in the Court's accompanying Memorandum, as follows:

    a. All claims raised on behalf of others are **DISMISSED WITHOUT PREJUDICE**.

    b. All claims barred by the *Princess Lida* doctrine and all claims raised under state law are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

    c. All remaining claims are **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT

_____
GAIL A. WEILHEIMER, J.